IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
16 NOV 28 PM 3:32
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY CLERK

| | |
|---|---|
| JOSEPH WARD, BY HIS NEXT FRIEND FRANCES BOURLIOT; MICHAEL ANDERSON, BY HIS NEXT FRIEND PHIL CAMPBELL; ISAAC LEMELLE, BY HIS NEXT FRIEND MARK WESTENHOVER; JENNIFER LAMPKIN, BY HER NEXT FRIEND ELSIE CRAVEN; ALEXANDER SOTO; AND MORGAN ARESHCHENKO, BY HER FRIEND JUANITA WILLIAMS, PLAINTIFFS, § § § § § § § § § § § § | |
| V. § § | CIVIL NO. A-16-CV-917-LY |
| DR. JOHN HELLERSTEDT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE TEXAS DEPARTMENT OF STATE HEALTH SERVICES, DEFENDANT. § § § § § § § | |

## ORDER

Before the court are Defendant Dr. John Hellerstedt's Amended Motion to Dismiss filed September 26, 2106 (Doc. #14); Plaintiffs' Response to Defendant's Amended Motion to Dismiss filed October 11, 2016 (Doc. #15); and Defendant Dr. John Hellerstedt's Reply in Support of Amended Motion to Dismiss filed October 18, 2016 (Doc. #16). On November 23, 2016, the court granted Plaintiffs' Motion for Leave to File Second Amended Complaint with Consent of the Parties (Doc. #22), after which the clerk filed Plaintiffs' Second Amended Complaint for Injunctive and Declaratory Relief (Doc. #23).

In the light of the filing of Plaintiffs' Second Amended Complaint,

**IT IS ORDERED** that Defendant Dr. John Hellerstedt's Amended Motion to Dismiss filed September 26, 2106 (Doc. #14) is **DISMISSED**.

SIGNED this 28th day of November, 2016.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE