

```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TEXAS
 2                      AUSTIN DIVISION

 3

 4   JOSEPH WARD, by his next friend      *
     FRANCES BOURLIOT;                    *
 5   MICHAEL ANDERSON, by his next        *
     friend PHIL CAMPBELL;                *
 6   ISAAC LEMELLE, by his next friend    *
     MARK WESTENHOVER;                    *
 7   MARC LAWSON, by his next friend      *
     KRISTA CHACONA;                      *
 8   JENNIFER LAMPKIN, by her next        *
     friend ELSIE CRAVEN;                 *
 9   CECIL ADICKES, by his next friend    *
     ELSIE CRAVEN;                        *
10   MICHAEL GIBSON, by his next friend   *
     MARK WESTENHOVER;                    *
11   KENNETH JONES, by his next friend    *
     PATRICIA SEDITA; and                 *
12   MARY SAPP, by her next friend        *
     LOURDES RODRIGUEZ,                   *
13              Plaintiffs                *
                                          *
14   vs.                                  *
                                          *
15   COURTNEY PHILLIPS, in her official   *
     capacity as Commissioner of the      *
16   Texas Department of Health and       *
     Human Services,                      *
17              Defendant.                *

18              REPORTER'S CERTIFICATION
              DEPOSITION OF TIMOTHY E. BRAY
19                  APRIL 18, 2019

20        I, Rhonda Howard, Certified Shorthand

21   Reporter in and for the State of Texas, hereby

22   certify to the following:

23        That the witness, TIMOTHY E. BRAY, was

24   duly sworn by the deposition officer and that the

25   transcript of the oral deposition is a true record
```

```
 1   of the testimony given by the witness;
 2           That the transcript was submitted on
 3   May 1, 2019 to Mr. Michael R. Abrams, ASSISTANT
 4   ATTORNEY GENERAL, General Litigation Division, P.O.
 5   Box 12548, Capitol Station, Austin, Texas
 6   78711-2548 for the witness' examination, signature
 7   and return to me by June 3, 2019
 8           That the time used by attorneys is as
 9   follows:
10           Ms. Mitchell - 1:25:41
11           That pursuant to information given to the
12   deposition officer at the time testimony was taken,
13   the following includes counsel for all parties of
14   record:
15           Ms. Lisa Snead, Ms. Beth Mitchell, Ms.
     Coty Meibeyer, Mr. Peter Hofer, Attorneys for
16   Plaintiffs
             Mr. Michael Abrams and Mr. Corey D.
17   Kintzer, Attorneys for Defendant
18           I further certify that I am neither
19   counsel for, related to, nor employed by any of the
20   parties or attorneys in the action in which this
21   proceeding was taken, and further that I am not
22   financially or otherwise interested in the outcome
23   of the action.
24           Further certification requirements
25   pursuant to Rule 203 of TRCP will be certified to
```

1  after they have occurred.
2          Certified to by me, this 25th day of
3  April, 2019.
4
5
6          *Rhonda Howard* (signature)
7          Rhonda Howard, CSR No. 4136
           Expiration date: 12/31/20
8          U.S. LEGAL SUPPORT, INC.
           Firm Registration No. 10558
9          701 Brazos, Suite 380
           Austin, Texas  78701
10         (512) 292-4249
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Job No. 4-AUSTIN-292995 RH

```
 1        FURTHER CERTIFICATION UNDER RULE 203 TRCP
 2        The original deposition (X) was ( ) was not
 3   returned to the deposition officer on
 4   5-21-19             .
 5        If returned, the attached Changes and Signature
 6   page contains any changes and the reasons therefor;
 7        If returned the original deposition was
 8   delivered to Ms. Beth Mitchell, Custodial Attorney;
 9        That $ 723.57 is the deposition officer's
10   charge to the PLAINTIFFS for preparing the original
11   deposition transcript and any copies of exhibits;
12        That the deposition was delivered in accordance
13   with Rule 203.3, and that a copy of the certificate
14   was served on all parties shown herein and filed
15   with the Clerk.
16        Certified to by me this 3 day of June ,
17   2019.
18
19   _____
     Rhonda Howard, CSR No. 4136
20   Expiration date: 12/31/20
     U.S. LEGAL SUPPORT, INC.
21   Firm Registration No. 10558
     701 Brazos, Suite 380
22   Austin, Texas 78701
     (512) 292-4249
23
24
25   Job No.  4-AUSTIN-292995 RH
```

1       I, TIMOTHY E. BRAY, have read the
2  foregoing deposition and hereby affix my signature
3  that same is true and correct, except as noted
4  above.
5
6                    _____
                       TIMOTHY E. BRAY
7
8  THE STATE OF TEXAS)
9  COUNTY OF TRAVIS  )
10       Before me, _Timothy E. Bray_____, on
11 this day personally appeared (description of
12 identity card or other document) to be the person
13 whose name is subscribed to the foregoing instrument
14 and acknowledged to me that they executed the same
15 for the purposes and consideration therein
16 expressed.
17
18       Given under my hand and seal of office
19 this 21st day of May, 2019.
20
21  Barbara Turcotte
    My Commission Expires
22  08/30/2022
    ID No. 128361137
23                    _____ 5/21/19
                      NOTARY PUBLIC IN AND FOR
24                    THE STATE OF TEXAS
25

```
 1              CHANGES MADE TO DEPOSITION

 2   No erasures or obliterations of any kind are to be
     made to the original testimony as transcribed by the
 3   deposition officer.  Please enter the page number,
     line number and reason for such change or correction
 4   below.

 5   WITNESS NAME: TIMOTHY E. BRAY
     DATE OF DEPO: APRIL 18, 2019
 6
     PAGE      LINE           CHANGE              REASON
 7
     p. 8, l. 21, Change "Harris County      Clarification
 8              Psychiatric Center" to

 9              "UT Health Tyler"

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____      _____
     5/21/2019
23   DATE                  TIMOTHY E. BRAY

24

25
```



```
 1              Let me rephrase.
 2       A      Sorry.  Yeah.
 3       Q      So once the bed capacity is reached --
 4       A      Uh-huh.
 5       Q      -- there's no longer availability in the
 6  system at that point in time?
 7       A      Correct.
 8       Q      And so that's why they get put on a
 9  waiting list.  Correct?
10       A      That's correct.
11       Q      Okay.  And would you agree that for the
12  most part when an individual is placed on either the
13  clearinghouse waiting list or the MSU waiting list
14  they remain in jail?
15       A      For many of them, yes.
16       Q      Would you say for most of them?
17       A      I can't be certain.
18       Q      Okay.  So who -- who would not remain in
19  jail while on the waiting list?
20       A      There have been some individuals who are
21  allowed to bond out into the community while --
22       Q      Uh-huh.
23       A      -- waiting.
24       Q      Uh-huh.
25              Okay.  And for the people who are able to
```