IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PLAINTIFF JOSEPH WARD, by his next friend FLOYD JENNINGS, et al. | § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 1:16-cv-00917-LY |
| COURTNEY PHILLIPS, in her official capacity as Executive Commissioner of the Texas Health and Human Services Commission, | § § § § § § § | |
| Defendant. | § | |

**JOINT NOTICE OF PARTIES' AGREEMENT ON
CLASS CERTIFICATION HEARING**

The Parties respectfully file this Notice regarding their agreement to submit the issue of class certification on the existing briefing and record and, in the alternative, to submit available dates for hearing.

On August 9, 2019, the Parties conferred pursuant to the Court's direction to identify dates to reschedule the evidentiary hearing on Plaintiffs' Motion for Class Certification (Doc. #104) and the pre-hearing conference. In consideration of the Court's schedule, the Parties agree to submit the issue of class certification on the existing briefing and evidence filed with the Court. The Parties agree they can each file Proposed Findings of Fact and Conclusions of Law but are not required to unless the Court determines doing so would be helpful. The Parties agree that, unless ordered otherwise by the Court, the Proposed Findings of Fact and Conclusions of Law will be filed by September 24, 2019. The parties further agree that any Proposed Findings of Fact and Conclusions of Law will be based on the existing evidentiary record and will not include any new evidence.

1

Alternatively, should the Court deem an evidentiary hearing to be necessary, the Parties have agreed on November 18, 19, and 20 as dates available for a one-day hearing on Plaintiffs' Motion for Class Certification (Doc. #104). The Parties have also agreed to set the pre-hearing conference on any of November 11, 12, or 13. The Parties' Proposed Findings of Fact and Conclusions of Law would be due ten days before the pre-hearing conference.

Respectfully submitted,

/s/ Beth Mitchell
BETH MITCHELL
State Bar No. 00784613
PETER HOFER
State Bar No. 09777275
LISA SNEAD
State Bar No. 24062204

DISABILITY RIGHTS TEXAS
2222 West Braker Lane
Austin, Texas 78758
(512) 454-4816 (Phone)
(512) 454-3999 (Fax)
bmitchell@drtx.org
phofer@drtx.org
lsnead@drtx.org

COTY MEIBEYER
State Bar No. 24085469
DISABILITY RIGHTS TEXAS
1500 McGowen, Suite 100
Houston, Texas 77004
(713) 974-7691 (Phone)
(713) 974-7695 (Fax)
cmeibeyer@drtx.org

JOHN MICHAEL GADDIS
State Bar No. 24069747
Winston & Strawn LLP
2121 N. Pearl St., Suite 900
Dallas, Texas 75201
(214) 453-6500 (Phone)
(214) 453-6400 (Fax)
mgaddis@winston.com

ATTORNEYS FOR PLAINTIFFS

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief, General Litigation Division

/s/ Michael R. Abrams
MICHAEL R. ABRAMS
Attorney-in-Charge
Assistant Attorney General
Texas Bar No. 24087072
CHRISTOPHER D. HILTON
Assistant Attorney General
Texas Bar No. 24087727
Office of the Attorney General
General Litigation Division - 019
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 (Telephone)
(512) 320-0667 (Facsimile)
Michael.Abrams@oag.texas.gov
Christopher.Hilton@oag.texas.gov
Thomas.Albright@oag.texas.gov

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiffs and counsel for Defendants conferred regarding this *Joint Notice of Parties' Agreement on Class Certification Hearing* and that the Parties are in agreement regarding the matters addressed herein.

    /s/ Beth Mitchell
BETH MITCHELL

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2019, a true and correct copy of the foregoing document was electronically filed using the Court's CM/ECF filing system, thus providing notice of electronic filing to the following:

Michael R. Abrams
Christopher D. Hilton
Thomas A. Albright
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

    /s/ Beth Mitchell
BETH MITCHELL