

2222 W. Braker Lane
Austin, Texas 78758
MAIN OFFICE 512.454.4816
TOLL-FREE 800.315.3876
FAX 512.454.3999

December 18, 2019

Jeannette Clack
U.S. District Clerk
Western District of Texas
501 West Fifth Street, Suite 1100
Austin, Texas 78701

Re:   *Ward, et al. v. Courtney Phillips*; Cause No. 1:16-cv-00917-LY

Dear Ms. Clack:

Please be advised that the undersigned counsel for the Plaintiffs Ward, *et al.*, will be on vacation from and including the following dates:

- December 20, 2019 through January 3, 2020.

We respectfully request that no proceedings be scheduled in the referenced case during that time period.

Thank you for your consideration and please advise if you have any questions.

Sincerely,

Beth Mitchell
BETH MITCHELL
State Bar No. 00784613
bmitchell@drtx.org
PETER HOFER
State Bar No. 09777275
phofer@drtx.org
LISA SNEAD
State Bar No. 24062204
lsnead@drtx.org
COTY MEIBEYER
State Bar No. 24085469
cmeibeyer@drtx.org

Attorney for Plaintiffs

cc:   Michael R. Abrams
      Thomas A. Albright
      Christopher D. Hilton