IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAY 31 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| JOSEPH WARD, BY HIS NEXT FRIEND FRANCES BOURLIOT; MICHAEL ANDERSON, BY HIS NEXT FRIEND PHIL CAMPBELL; ISAAC LEMELLE, BY HIS NEXT FRIEND MARK WESTENHOVER; JENNIFER LAMPKIN, BY HER NEXT FRIEND ELSIE CRAVEN; CECIL ADICKES, BY HIS NEXT FRIEND ELSIE CRAVEN; AND MICHAEL GIBSON, BY HIS NEXT FRIEND MARK WESTENHOVER, PLAINTIFFS, § V. § DR. JOHN HELLERSTEDT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE TEXAS DEPARTMENT OF STATE HEALTH SERVICES, DEFENDANT. | CIVIL NO. A-16-CV-917-LY |

## ORDER

Before the court is the above-referenced cause that was stayed pending further order of the court on November 1, 2017 (Doc. #71). On May 12, 2022, the court rendered a Scheduling Order after class certification (Doc. #144). Accordingly,

**IT IS ORDERED** that he stay imposed by the court on November 1, 2017, is **LIFTED.**.

SIGNED this _31st_ day of May, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE