IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

JUN 1 0 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| JOSEPH WARD, by his next friend FLOYD JENNINGS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CECILE YOUNG, in her official capacity as Executive Commissioner of the Texas Health and Human Services Commission,<br><br>Defendant. | CIVIL ACTION NO. 1:16-cv-00917-LY<br><br>CLASS ACTION |

## ORDER GRANTING PLAINTIFFS' MOTION TO CORRECT MISTAKE IN COURT'S CLASS CERTIFICATION ORDER

This cause comes before the Court on Plaintiffs' Unopposed Motion to Correct Mistake in Court's Class Certification Order pursuant to Federal Rule of Civil Procedure 60(a). The Court, after reviewing the motion and pleadings on file, and being otherwise fully advised, is of the opinion that Plaintiffs' motion is meritorious and should be granted.

It is therefore ORDERED that the Court's Order on Plaintiffs' Motion for Class Certification (Doc. #137) is corrected to conditionally appoint Mary Sapp as a class representative for the class of persons found incompetent to stand trial, joining Joseph Ward, Marc Lawson, Kenneth Jones, Jennifer Lampkin, and Julian Torres who were previously conditionally appointed in the Court's Order.

SO ORDERED this 10th day of June, 2022.

_____
HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE