IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PLAINTIFF JOSEPH WARD, by his next Friend, et al. | § § § | |
| Plaintiffs, | § § | |
| vs. | § | CIVIL ACTION NO. 1:16-cv-00917-LY |
| | § § | |
| CECILE YOUNG, in her official capacity as Executive Commissioner of the Texas Health and Human Services Commission, | § § § § § | |
| Defendant. | § § | |

**PLAINITFFS' UNOPPOSED MOTION TO MODIFY
THEIR EXPERT DESIGNATION DEADLINE**

Plaintiffs Joseph Ward, et al., respectfully file this Unopposed Motion to Modify the Expert Designation Deadline in the Court's May 12, 2022, Scheduling Order. The requested extension will not affect the discovery deadline, the dispositive motion deadline, or the trial date. In support, Plaintiffs would show:

The current Scheduling Order provides for Plaintiffs to designate and serve materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by June 5, 2023.

Defendant's deadline to designate and serve her expert materials is not until July 31, 2023, and discovery does not conclude until September 29, 2023.

The parties already have one deposition scheduled after the current June 5, 2023 expert designation deadline and anticipate more may be set. Moving Plaintiffs' expert designation deadline to June 30, 2023 would allow Plaintiffs additional time to conduct discovery before the deadline, and thereby lessening the chance Plaintiffs' experts will need to supplement their expert report.

Plaintiffs do not move for this extension for purposes of delay, but rather in the interests of justice and judicial economy.

Defendant is unopposed to this motion.

The new deadlines under Plaintiffs' motion are as follows:

1. All parties asserting claims for relief shall file and serve on all other parties their designation of testifying experts and shall serve on all other parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **June 30, 2023**.

2. Any objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony. Defendant shall submit her objections no later than **July 14, 2023**, or not later than 14 days of the expert's deposition, if a deposition is taken, whichever is later.

Respectfully submitted,

_____

BETH MITCHELL
State Bar No. 00784613
PETER HOFER
State Bar No. 09777275
LISA SNEAD
State Bar No. 24062204
DISABILITY RIGHTS TEXAS
2222 West Braker Lane
Austin, Texas 78758
(512) 454-4816 (Phone)
(512) 454-3999 (Fax)
bmitchell@drtx.org
phofer@drtx.org
lsnead@drtx.org

BRITTANY NORMAN
State Bar No. 24116835
DISABILITY RIGHTS TEXAS

1500 McGowen, Suite 100
Houston, Texas 77004
(713) 974-7691 (Phone)
(713) 974-7695 (Fax)
bnorman@drtx.org

JOHN MICHAEL GADDIS
State Bar No. 24069747
WINSTON & STRAWN LLP
2121 N. Pearl St., Suite 900
Dallas, Texas 75201
(214) 453-6500 (Phone)
(214) 453-6400 (Fax)
mgaddis@winston.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 13, 2023, I conferred with counsel for Defendant, who stated that Defendant is unopposed to this motion.

_____
LISA SNEAD

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2023, a true and correct copy of the foregoing document was electronically filed using the Court's CM/ECF filing system, thus providing notice of electronic filing to the following:

Kimberly Gdula
William D. Wassdorf
Christopher Hilton
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

_____
BETH MITCHELL

3