IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSEPH WARD, et.al., § <br> § <br> Plaintiffs, § <br> § <br> vs. § <br> § CIVIL ACTION NO. 1:16-cv-00917-LY <br> Cecile Young, in her official § <br> capacity as Executive Commissioner of the § <br> Texas Health and Human Services § <br> Commission, § <br> § **CLASS ACTION** <br> Defendant. § | |

**JOINT MOTION FOR RELIEF FROM ADR**

Plaintiffs Joseph Ward, et al. and Defendant Cecile Young, in her official capacity as Executive Commissioner of the Texas Health and Human Services Commission respectfully file this Joint Motion for Relief from ADR under Local Rule CV-88(e). In support, the Parties would show:

Under Texas Civil Practice and Remedies Code § 111.003(a)(2), "[t]he attorney general or other attorney representing [Texas] may not enter into a settlement of a claim or action against this state without the consent or approval of the legislature in accordance with this chapter if the settlement commits this state to a course of action that in reasonable probability will entail a continuing expenditure of state funds over subsequent state fiscal bienniums."

The class members in this case are detainees found incompetent to stand trial who are on waitlists for admission to one of Defendant's mental health facilities after being committed for competency restoration services under Texas Code of Criminal Procedure 46B. Because of the number of class members on the waitlists relative to the current available space in Defendant's mental health facilities, the Parties represent that there is no resolution the Parties could agree to

in ADR that would not commit the state to a course of action requiring the expenditure of funds beyond the end of the single biennium.

Accordingly, the Parties jointly move this Court for Relief from the ADR requirement pursuant to Local Rule CV-88(e).

|  | Respectfully submitted, |
|---|---|
| *[signature]* | KEN PAXTON<br>Attorney General of Texas |
| BETH MITCHELL<br>State Bar No. 00784613<br>PETER HOFER<br>State Bar No. 09777275<br>DISABILITY RIGHTS TEXAS<br>2222 West Braker Lane<br>Austin, Texas 78758<br>(512) 454-4816 (Phone)<br>(512) 454-3999 (Fax)<br>bmitchell@drtx.org<br>phofer@drtx.org | BRENT WEBSTER<br>First Assistant Attorney General<br><br>GRANT DORFMAN<br>Deputy First Assistant Attorney General<br><br>JAMES LLOYD<br>Deputy Attorney General for Civil Litigation<br><br>KIMBERLY GDULA<br>Acting Chief for General Litigation Division |
| BRITTANY NORMAN<br>State Bar No. 24116835<br>DISABILITY RIGHTS TEXAS<br>1500 McGowen, Suite 100<br>Houston, Texas 77004<br>(713) 974-7691 (Phone)<br>(713) 974-7695 (Fax)<br>bnorman@drtx.org | *[signature]*<br>KIMBERLY GDULA<br>Texas Bar No. 24052209<br>Acting Chief<br>WILLIAM D. WASSDORF<br>Texas Bar No. 24103022<br>Assistant Attorney General<br>Office of the Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2120 | FAX: (512) 320-0667<br>kimberly.gdula@oag.texas.gov<br>will.wassdorf@oag.texas.gov<br><br>ATTORNEYS FOR DEFENDANTS |
| JEFF EDWARDS<br>State Bar No. 24014406<br>LISA SNEAD<br>State Bar No. 24062204<br>DAVID JAMES<br>State Bar No. 24092572<br>PAUL SAMUEL<br>State Bar No. 24124463<br>EDWARDS LAW<br>603 W. 17th St.<br>Austin, Texas 78701<br>(512) 623-7727 (Phone)<br>(512) 623-7729 (Fax)<br>jeff@edwards-law.com<br>lisa@edwards-law.com |  |

david@edwards-law.com
paul@edwards-law.com

JOHN MICHAEL GADDIS
State Bar No. 24069747
WINSTON & STRAWN LLP
2121 N. Pearl St., Suite 900
Dallas, Texas 75201
(214) 453-6500 (Phone)
(214) 453-6400 (Fax)
mgaddis@winston.com

ATTORNEYS FOR PLAINTIFFS