IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSEPH WARD, et.al., | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 1:16-cv-917-DAE |
| Cecile Young, in her official capacity as Executive Commissioner of the Texas Health and Human Services Commission, | § § § § § § | |
| | § § | **CLASS ACTION** |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION FOR RELIEF FROM ADR**

On this day, the Court considered the parties' Joint Motion for Relief from ADR. (Dkt. # 166.) The Court finds the motion is meritorious and that it should be **GRANTED**.

Therefore, the Court **ORDERS** that: (1) The Parties are exempt from ADR; and (2) The Parties do not need to file a final ADR report on December 8, 2023 as Ordered in the Second Amended Scheduling Order. (Dkt. # 164.)

SIGNED on this 26th day of October, 2023.

_____
David Alan Ezra
Senior United States District Judge