IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PLAINTIFF JOSEPH WARD, by his next Friend, et al., | § § § | |
| Plaintiffs, | § § | |
| vs. | § § § | CIVIL ACTION NO. 1:16-cv-00917-DAE |
| CECILE YOUNG, in her official capacity as Executive Commissioner of the Texas Health and Human Services Commission, | § § § § § | |
| Defendant. | § § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE THEIR
MOTION FOR SUMMARY JUDGMENT IN EXCESS OF THE PAGE LIMIT
TO INCLUDE FULL STATEMENT OF UNCONTESTED FACTS**

Plaintiffs respectfully file this unopposed Motion for Leave to File their Motion for Summary Judgment in Excess of the Page Limit to Include Full Statement of Undisputed Facts, and in support would show:

The page limit for dispositive motions is 35 pages. Doc. 164. Plaintiffs' Motion for Summary Judgment, attached hereto, is 55 pages.

Plaintiffs Joseph Ward, et al., and the class members are moving for summary judgment against Defendant Young, in her official capacity as Executive Commissioner of the Texas Health and Human Services Commission.

Plaintiffs move for leave to file their summary judgment motion in excess of the page limit in order to include a full statement of undisputed facts, to fully brief the important and complex issues present in the case, and in the interest of justice. Plaintiffs believe that it will be more efficient and

will benefit the Court for the uncontested facts to be included in the body of the summary judgment motion, rather than in an appendix. Plaintiffs' motion for summary judgment, with the statement of uncontested facts, is 55 pages, excluding the caption, tables, signature blocks, and exhibits.

Plaintiffs' motion is devoid of duplicative or unnecessary information.

Defendant does not oppose this motion.

Therefore, for the reasons set forth above, Plaintiffs ask that the Court grant them leave to file their Motion for Summary Judgment in excess of the page limit.

Dated: March 11, 2024

Respectfully submitted,

BETH MITCHELL
State Bar No. 00784613
PETER HOFER
State Bar No. 09777275
DISABILITY RIGHTS TEXAS
2222 West Braker Lane
Austin, Texas 78758
(512) 454-4816 (Phone)
(512) 454-3999 (Fax)
bmitchell@drtx.org
phofer@drtx.org

BRITTANY NORMAN
State Bar No. 24116835
DISABILITY RIGHTS TEXAS
1500 McGowen, Suite 100
Houston, Texas 77004
(713) 974-7691 (Phone)
(713) 974-7695 (Fax)
bnorman@drtx.org

JEFF EDWARDS
State Bar No. 24014406
LISA SNEAD
State Bar No. 24062204
DAVID JAMES

State Bar No. 24092572
PAUL SAMUEL
State Bar No. 24124463
EDWARDS LAW
603 W. 17th St.
Austin, Texas 78701
(512) 623-7727 (Phone)
(512) 623-7729 (Fax)
jeff@edwards-law.com
lisa@edwards-law.com
david@edwards-law.com
paul@edwards-law.com

JOHN MICHAEL GADDIS
State Bar No. 24069747
WINSTON & STRAWN LLP
2121 N. Pearl St., Suite 900
Dallas, Texas 75201
(214) 453-6500 (Phone)
(214) 453-6400 (Fax)
mgaddis@winston.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 28, 2024, I conferred with counsel for Defendant, and Defendant is unopposed to this motion.

BETH MITCHELL

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2024, a true and correct copy of the foregoing document was electronically filed using the Court's CM/ECF filing system, thus providing notice of electronic filing to the following:

Kimberly Gdula
William D. Wassdorf
Christopher Hilton
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

BETH MITCHELL