IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PLAINTIFF JOSEPH WARD, by his next Friend, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CECILE YOUNG, in her official capacity as Executive Commissioner of the Texas Health and Human Services Commission,<br><br>　　　　Defendant. | §§§§§§§§§§§§§§§ | CIVIL ACTION NO. 1:16-cv-00917-DAE |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE THEIR MOTION FOR SUMMARY JUDGMENT IN EXCESS OF THE PAGE LIMIT TO INCLUDE FULL STATEMENT OF UNCONTESTED FACTS**

On this day, the Court considered Plaintiffs' Unopposed Motion for Leave to File their Motion for Summary Judgment in Excess of the Page Limit to Include Full Statement of Undisputed Facts. The Court finds the motion is meritorious and that it should be **GRANTED**.

Plaintiffs may file a dispositive motion that does not exceed 55 pages—excluding the caption, tables, signature block, any required certificate, and accompanying documents. Plaintiff's motion for summary judgment is deemed filed at the time leave was sought.

　　　　IT IS SO ORDERED.

**SIGNED** on this __th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DAVID ALAN EZRA
　　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge