IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PLAINTIFF JOSEPH WARD, by his next Friend, et al. | § | |
| Plaintiffs, | § | |
| vs. | § | CIVIL ACTION NO. 1:16-cv-00917-DAE |
| STEPHANIE MUTH, in her official capacity as Executive Commissioner of the Texas Health and Human Services Commission, | § | |
| Defendant | § | |

**DEFENDANT'S NOTICE OF APPEAL**

Please take notice that Defendant Stephanie Muth, in her official capacity as Executive Commissioner of the Texas Health and Human Services Commission, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's final judgment (ECF 266) entered on July 7, 2026. Under Fed. R. App. P. 3(c)(4), this notice of appeal encompasses all orders merged into the final judgment.

Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*<u>/s/ Kimberly Gdula</u>*
Kimberly Gdula
Texas Bar No. 24052209
Chief, General Litigation Division
William D. Wassdorf
Texas Bar No. 24103022
Associate Deputy Attorney General for Civil Litigation
Amy S. Hilton
Chief, Health Programs Enforcement Division
Texas Bar No. 24097834
P.O. Box 12548
Austin, Texas 78711
(512) 463-2120 – Phone
(512) 320-0667 – Fax
kimberly.gdula@oag.texas.gov
will.wassdorf@oag.texas.gov
amy.hilton@oag.texas.gov

**Certificate of Service**

I hereby certify that on July 24, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Kimberly Gdula*
Kimberly Gdula
Chief, General Litigation Division