IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PLAINTIFF JOSEPH WARD, by his next Friend, et al. | § | |
| Plaintiffs, | § | |
| vs. | § | CIVIL ACTION NO. 1:16-cv-00917-DAE |
| STEPHANIE MUTH, in her official capacity as Executive Commissioner of the Texas Health and Human Services Commission, | § | |
| Defendant | § | |

**DECLARATION OF SCOTT SCHALCHLIN**

1. My name is Scott Schalchlin. I am an adult and competent to testify. The testimony provided in this declaration is based upon my personal knowledge and experience.

2. I am the Deputy Executive Commissioner for the Texas Health and Human Services Commission's ("HHSC's") Health and Specialty Care System. I have been in this role since August 2021. In this role, I oversee the state hospital system. I am familiar with the capacity of the state hospitals, the process for asking for appropriations from the Texas Legislature to fund projects and the expenditure of those funds, and the process for contracting with other entities for use of beds.

3. The Texas Legislature has invested approximately $2.5 billion over the past decade to expand the capacity of the state hospital system. Some of this funding relates to existing construction and renovation projects that are projected to be completed in 2027. HHSC anticipates requesting further investment from the Legislature in the amount of approximately $200M

Exhibit A

this coming biennium to operate the expanded hospital capacity upon completion of these projects.

4. Absent the Court's injunction, HHSC would re-evaluate future needs once those projects were complete and patients were being admitted to those beds. However, as it stands, the injunction will require HHSC to ask the Legislature for funding for expansion immediately, without knowing the impact the existing projects will have on the system.

5. Similarly, HHSC anticipates legislative authority to spend approximately $400 million in the upcoming biennium on contracted beds. To comply with the Court's order, HHSC will have to attempt to procure even more beds, for which there is currently not funding.

6. HHSC will not be able to comply with the Court's order if the Legislature does not appropriate sufficient funds to support expansion. For expanding capacity within the state hospital system, this would include identifying land to acquire, successfully acquiring that land, planning and constructing new facilities, and funding the operational costs for those facilities. However, even if funding for this expansion were appropriated during the upcoming legislative session, it is unlikely that additional capacity created by those funds would be complete within the four-year timeline that began running July 7, 2026.

7. Should the Court's order be overturned or modified, any immediate efforts HHSC takes to comply with the order, including obtaining allocated funds from the Legislature and allocating HHSC resources that could be used for other purposes, may not be reversible. Additionally, any funds expended to pay for additional personnel, contracted beds, or expediting construction of new facilities would not be recoverable by HHSC.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Scott Schalchlin

07/27/2026

Date