IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PLAINTIFF JOSEPH WARD, by his next Friend, et al. | § | |
| Plaintiffs, | § | |
| vs. | § | CIVIL ACTION NO. 1:16-cv-00917-DAE |
| STEPHANIE MUTH, in her official capacity as Executive Commissioner of the Texas Health and Human Services Commission, | § | |
| Defendant | § | |

**ORDER GRANTING DEFENDANT'S OPPOSED MOTION TO STAY PENDING APPEAL**

Before the Court is Defendant's Opposed Motion to Stay Pending Appeal. Having considered the Motion and any response thereto, the Court is of the opinion that it has merit and should be GRANTED.

IT IS THEREFORE ORDERED that Defendant's Opposed Motion to Stay Pending Appeal is granted and the final judgment in this case (ECF 266), including its injunctive provisions and compliance deadlines, is hereby STAYED pending resolution of Defendant's appeal of that order. This stay shall remain in place until the issuance of the Fifth Circuit's mandate in that appeal.

SIGNED this _____ day of ________, 2026.

______________________________
Honorable David Alan Ezra
Senior United States District Judge