IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSEPH WARD, by his next friend, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 1:16-cv-00917-DAE |
| | § | |
| STEPHANIE MUTH, in her official capacity as Executive Commissioner of the Texas Health and Human Services Commission, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR CLARIFICATION OF RESPONSE DEADLINE AND PAGE LIMIT TO DEFENDANT'S MOTION FOR STAY**

Plaintiffs respectfully file this Unopposed Motion for Clarification of Response Deadline and Page Limit to Defendant's Opposed Motion to Stay Pending Appeal, and would show:

On Monday, July 27, Defendant filed a 15-page Opposed Motion to Stay Pending Appeal ("motion to stay"). Dkt. 268.

Western District of Texas Local Rule CV-7(d) distinguishes between discovery or case-management motions and "other motions." A response to a discovery or case-management motion must be filed within seven days and is limited to 10 pages. A response to any other motion must be filed within 14 days and is limited to 20 pages. W.D. TEX. LOC. R. CV-7(d)(2)–(3).

Plaintiffs consider Defendant's motion to stay pending appeal to be an "other motion," rather than a discovery or case-management motion. Under that classification, Plaintiffs' response is due August 10, 2026, with a page limit not to exceed 20 pages, exclusive of the caption, signature block, certificates, and accompanying documents.

Defendant's filing of a 15-page motion is likewise consistent with that classification. If the motion to stay were treated as a discovery or case-management motion, Defendant's motion ordinarily would have been limited to 10 pages. *See* W.D. TEX. LOC. R. CV-7(c)(2).

If, however, Defendant's motion is a "case management" motion, Plaintiffs' deadline to respond is August 3, 2026 and their response is limited to ten pages. W.D. TEX. LOC. R. CV-7(d)(2)–(3).

Because of the uncertainty regarding the deadline and page limit applicable to Plaintiffs' response, Plaintiffs seek clarification before filing.

Additionally, if the Court determines that Defendant's motion is a case-management motion, Plaintiffs request an extension through August 10, 2026, and leave to file a response not exceeding twenty pages.

Good cause exists to extend Plaintiffs' deadline to August 10, 2026 and to extend the page limit to twenty pages because Defendant's motion challenges numerous aspects of the Court's detailed, 117-page final judgment, addresses each of the stay factors, and seeks to stay the judgment and all remedial proceedings throughout the anticipated appeal. A complete response will require Plaintiffs to address multiple distinct legal issues, cite the extensive trial record, and analyze substantial caselaw. Those matters cannot reasonably be addressed within seven days and 10 pages. Finally, Plaintiffs' counsel has been and will remain occupied by previously scheduled depositions, mediation, and discovery deadlines in unrelated matters during the seven-day period that would apply if Defendant's motion were treated as a case-management motion. These include July 27, 2026 and July 31, 2026 depositions in the matter of *Southards-Naranjo v. Texas Dept. of Criminal Justice*, No. 1:25-cv-00990 (W.D. Tex.); a July 28, 2026 deposition in the matter of *Gonzales-Suarez v. Marshall*, No. 25-3272 in the District Court of Williamson County, Texas; a

July 29, 2026 mediation in the matter of *Fredericksen v. DeWitt County*, No. 6:24-cv-00031 (S.D. Tex.); a July 31, 2026 deposition and discovery motion deadline in the matter of *Doe v. City of Austin*, No. 1:22-cv-00299 (W.D. Tex.); and preparing for an August 5, 2026 hearing on a *Daubert* motion and dispositive motion in the matter of *Freeman v. Texas Dept. of Crim. Justice*, No. 6:24-cv-00195 (W.D. Tex.).

Accordingly, Plaintiffs respectfully request that the Court clarify that Defendant's Motion to Stay Pending Appeal is an "other motion" under Local Rule CV-7(d), such that Plaintiffs' response is due August 10, 2026, and may not exceed twenty pages. Alternatively, Plaintiffs request an extension through August 10, 2026, and leave to file a response not exceeding twenty pages.

Defendant does not oppose the relief requested in this motion.

Respectfully submitted,

BETH MITCHELL
State Bar No. 00784613
PETER HOFER
State Bar No. 09777275
DISABILITY RIGHTS TEXAS
2222 West Braker Lane
Austin, Texas 78758
(512) 454-4816 (Phone)
(512) 454-3999 (Fax)
bmitchell@drtx.org
phofer@drtx.org

BRITTANY NORMAN
State Bar No. 24116835
DISABILITY RIGHTS TEXAS
1500 McGowen, Suite 100
Houston, Texas 77004
(713) 974-7691 (Phone)
(713) 974-7695 (Fax)
bnorman@drtx.org

JEFF EDWARDS
State Bar No. 24014406
LISA SNEAD
State Bar No. 24062204
DAVID JAMES
State Bar No. 24092572
EDWARDS LAW
603 W. 17th St.
Austin, Texas 78701
(512) 623-7727 (Phone)
(512) 623-7729 (Fax)
jeff@edwards-law.com
lisa@edwards-law.com
david@edwards-law.com

Kristin L. McGough
District of Columbia Bar No. 991209
Admitted to the Western District of Texas
kristin.mcgough@winstontaylor.com
WINSTON & TAYLOR LLP
2121 N. Pearl St., Suite 900
Dallas, Texas 75201
(214) 453-6500 (Phone)
(214) 453-6400 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on July 31, 2026, I conferred with counsel for Defendant, and Defendant is unopposed to this motion.

BETH MITCHELL

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2026, a true and correct copy of the foregoing document was electronically filed using the Court's CM/ECF filing system, thus providing notice of electronic filing to the following:

Kimberly Gdula
William D. Wassdorf
Amy Snow Hilton
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

BETH MITCHELL