IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSEPH WARD, by his next friend, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 1:16-cv-00917-DAE |
| | § | |
| | § | |
| STEPHANIE MUTH, in her official capacity as Executive Commissioner of the Texas Health and Human Services Commission, | § | |
| | § | |
| Defendant | § | |

**ORDER CLARIFYING RESPONSE DEADLINE AND PAGE LIMIT TO DEFENDANT'S MOTION FOR STAY**

On this day, the Court considered the Unopposed Motion for Clarification of Response Deadline and Page Limit to Defendant's Opposed Motion to Stay Pending Appeal. The Court finds the motion is meritorious and clarifies that Defendant's Motion to Stay is not a case management motion, and therefore Plaintiffs have 14 days from the filing of Defendant's motion to respond and a page limit of 20 pages.

SIGNED on this ____ day of ________________, 2026

_______________________________
DAVID ALAN EZRA
Senior United States District Judge