IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PLAINTIFF JOSEPH WARD, by his next Friend, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CECILE YOUNG, in her official capacity as Executive Commissioner of the Texas Health and Human Services Commission,<br><br>Defendant. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:16-cv-00917-LY |

**ORDER DENYING DEFENDANT'S MOTION TO STAY PENDING APPEAL**

Before the Court is Defendant's Motion to Stay Pending Appeal. The Court, after considering the motion, Plaintiff's response, any reply, the trial record, all applicable filings, all argument and evidence presented, and all applicable law, DENIES the motion in its entirety.

IT IS SO ORDERED.

SIGNED on ______________________

______________________________
DAVID ALAN EZRA
Senior United States District Judge